THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PHILIP E. NANNERY, Appellant.

Submitted January 4, 1954; decided January 21, 1954.

Motion for reargument denied.   [See 303 N. Y. 760.]